RECEIVED

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

| PROB 22 (Rev 2/88) FEB 1 1 2016 | FEB 1 8 2016 | DOCKET NUMBER *(Tran Court)* |
| | | 0860 4:98CR00250 |
| CLERK, U.S. DISTRICT COURT **TRANSFER OF JURISDICTION** JAMES W. McCORMACK, CLERK WESTERN DISTRICT OF TEXAS By _____ DER CLERK | | DOCKET NUMBER *(Rec. Court)* |
| BY _____ DEPUTY | | CR 025 SS |

**FILED**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| | Eastern District of Arkansas | |
| Robert Childs Hartje | NAME OF SENTENCING JUDGE | FEB 2 2 2016 |
| | Honorable Billy Roy Wilson | CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | May 9, 2014 | May 8, 2017 | BY _____ DEPUTY |

OFFENSE

DISTRIBUTION OF METHAMPHETAMINE
POSSESSION OF A FIREARM BY A USE OF CONTROLLED SUBSTANCE
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF ARKANSAS

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ WESTERN DISTRICT OF TEXAS _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-4-2016
_Date_

_United States District Judge_

* This sentence may be deleted in the discretion of the transferring Court

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   TEXAS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-12-16
_Effective Date_

_United States District Judge_

AO 245 S (Rev. 4/95) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## Western Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 22 2000

JAMES W. McCORMACK, CLERK
By_____ DEP CLERK

UNITED STATES OF AMERICA

    v.                            Case Number 4:98CR00250-01

ROBERT CHILDS HARTJE,
        Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **ROBERT CHILDS HARTJE**, was represented by E. ALVIN SCHAY

■ The defendant was found guilty on count(s) **1,2,3,4,5** after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. Section 841(a)(1) | Distribution of Methamphetamine, a Class C Felony | 2/10/1999 | 1,2,3 |
| 18 U.S.C. Section 922(g)(3) | Possession of a Firearm by a Use of Controlled Substance, a Class C Felony | 2/10/1999 | 4 |
| 21 U.S.C. 846 | Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine, a Class C Felony | 2/10/1999 | 5 |

    The defendant is sentenced as provided in pages **2** through **8** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

05/18/2000
Date of Imposition of Judgment

Defendant's SSN: **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**
Defendant's Date of Birth: **10/13/1961**
Defendant's USM No.: **20303-009**
Defendant's Residence Address: **121 Hwy. 285 North; Greenbrier, AR 72058**

Hon. Wm. R. Wilson, Jr.
United States District Judge

Date: 5/19/00

ENTERED ON THE DOCKET IN ACCORDANCE
5/22/00

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Forrest Dunn D.C. on
**Feb 18, 2016**

For the United States District Court
Eastern District of Arkansas

AO 245 S (Rev. 11/97) Sheet 2 - Imprisonment

Defendant:  ROBERT CHILDS HARTJE
Case Number:   4:98CR00250-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **210 months, all counts to run concurrently.**

■   The Court makes the following recommendations to the Bureau of Prisons: The defendant is to participate in a non-residential substance abuse treatment program and educational and vocational programs during incarceration.  The defendant is to be placed at the Bureau of Prisons facility in Springfield, Missouri.

■ The defendant is remanded to the custody of the United States Marshal.

## RETURN

**I have executed this Judgment as follows:**

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy U.S. Marshal

AO 245 S (Rev. 11/97) Sheet 3 - Supervised Release

Defendant: ROBERT CHILDS HARTJE
Case Number:  4:98CR00250-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 *hours* of release from the custody of the Bureau of Prisons.

- The defendant shall not commit another federal, state or local crime.

- The defendant shall not illegally posses a controlled substance.

**FOR OFFENSES COMMITTED ON OR AFTER SEPTEMBER 13, 1994**

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within* **15 days** *of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.*

■ The Defendant shall be subject to a special condition of drug screening while on supervised release under the direction of the Probation Office pursuant to the Violent Crime Control & Law Enforcement Act of 1994.

If this judgment imposes a fine, or a restitution obligation, it shall be a condition of supervised release that the defendant pay, any such fine, or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 11/97) Sheet 3 - Supervised Release - Special Conditions

Defendant:  ROBERT CHILDS HARTJE
Case Number:  4:98CR00250-01

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate, if deemed necessary by the probation office, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.

2. The defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

AO 245 S (Rev. 11/97) Sheet 5, Part A - Criminal Monetary Penalties

Defendant:  ROBERT CHILDS HARTJE
Case Number:  4:98CR00250-01

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 500.00 | $ 0.00 | $ 0.00 |
| If applicable, restitution amount ordered pursuant to plea agreement |  |  | $0.00 |

AO 245 S (Rev. 3/96) Sheet 5, Part B - Criminal Monetary Penalties

Defendant: ROBERT CHILDS HARTJE
Case Number: 4:98CR00250-01

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties

PAYMENT OF TOTAL FINE AND OTHER CRIMINAL MONETARY PENALTIES SHALL BE DUE AS FOLLOWS:

- $ <u>500.00</u> IN FULL IMMEDIATELY.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States Attorney.

AO 245 S (Rev. 4/95) Sheet 7 - Statement of Reasons

Defendant:  ROBERT CHILDS HARTJE
Case Number:  4:98CR00250-01

## STATEMENT OF REASONS

■ The Court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

Total Offense Level:                           **34**

Criminal History Category:                     **IV**

Imprisonment Range:                            **210** months to **262** months

Supervised Release Range:                      **3**  to  **3** years

Fine Range:                                    **$ 20,000.00  to  $ 1,000,000.00**

■ The fine is waived or is below the guideline range because of the defendant's inability to pay.

Total Amount of Restitution:                   $ None

■ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

F I L E   C O P Y

bc

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

May 22, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re: 4:98-cr-00250.

True and correct copies of the attached were mailed by the clerk to the
following: USPO, USM, CRD, FINANCIAL, POST

     E. Alvin Schay, Esq.
     Attorney at Law
     807 West Third Street
     Little Rock, AR 72201

     Robert J. Govar, Esq.
     U. S. Attorney's Office
     Eastern District of Arkansas
     425 West Capitol Avenue, Suite 500
     Post Office Box 1229
     Little Rock, AR 72203-1229

James W. McCormack, Clerk

Date: _5/22/00_____

BY: _RCarlan____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 14 1999

JAMES W. McCORMACK, CLERK
By: _D Jackson_
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. LR-CR-98-250 |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| ROBERT CHILDS HARTJE | ) | 21 U.S.C. § 841(a)(1) |
| JONATHAN SCOTT SCHULTZ | ) | 18 U.S.C. § 922(g)(3) |
| EDDIE EUGENE WYATT, JR. | ) | 18 U.S.C. § 924(c)(1)(A) |
| CHARLES WADE TIMBERLAKE | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 9, 1998, in the Eastern District of Arkansas, **ROBERT CHILDS HARTJE,** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, thereby violating the provisions of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about June 30, 1998, in the Eastern District of Arkansas, **ROBERT CHILDS HARTJE,** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, thereby violating the provisions of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE

On or about August 4, 1998, in the Eastern District of Arkansas, **ROBERT CHILDS HARTJE,** did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, thereby violating the provisions of Title 21, United States Code, Section 841(a)(1).

64

## COUNT FOUR

On or about August 4, 1998, in the Eastern District of Arkansas, **ROBERT CHILDS HARTJE**, being an unlawful user of controlled substances, did knowingly possess firearms and ammunition, in and effecting commerce, thereby violating the provisions of Title 18, United States Code, Section 922(g)(3).

## COUNT FIVE

From on or about June 9, 1998, and continuing thereafter through February 10, 1999, in the Eastern District of Arkansas, **ROBERT CHILDS HARTJE, JONATHAN SCOTT SCHULTZ, EDDIE EUGENE WYATT, JR. and CHARLES WADE TIMBERLAKE**, did knowingly and intentionally conspire with each other and with persons known and unknown to the grand jury to manufacture, to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance, thereby violating the provisions of Title 21, United States Code, Section 846.

## COUNT SIX

On or about February 10, 1999, in the Eastern District of Arkansas, **EDDIE EUGENE WYATT, JR. and CHARLES WADE TIMBERLAKE**, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, thereby violating the provisions of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about February 10, 1999, in the Eastern District of Arkansas, **EDDIE EUGENE WYATT, JR. and CHARLES WADE TIMBERLAKE**, during and in relation to the drug trafficking crime alleged in

Count Six of this indictment and in furtherance of the same, did knowingly possess a firearm, to wit; a .22 caliber Armiflli Taneoglio revolver bearing serial number D01839, thereby violating the provisions of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

_____
FOREMAN

PAULA J. CASEY
United States Attorney

_____
UNITED STATES ATTORNEY/ASSISTANT

ROBERT J. GOVAR
Senior Litigation Counsel
P. O. Box 1229
Little Rock, Arkansas   72203
501-324-6583

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Forrest Dunn D.C. on
**Feb 22, 2016**

For the United States District Court
Eastern District of Arkansas

TERMED

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
### CRIMINAL DOCKET FOR CASE #: 4:98-cr-00250-BRW-1
#### Internal Use Only

Case title: USA v. Hartje, et al

Other court case numbers:  :00-00-02421 USCA8
:00-01-03843 USCA8
:00-01-06918 Supreme Court
:00-05-02515 USCA8

Date Filed: 12/09/1998
Date Terminated: 05/22/2000

Assigned to: Judge Billy Roy Wilson

Appeals court case number: 00-2421

**Defendant (1)**

**Robert Childs Hartje**
*Reg 20303-009*
*TERMINATED: 11/27/2001*

represented by **E. Alvin Schay**
Attorney At Law
8200 Linda Lane
Little Rock, AR 72227
501-319-7938
Email: aschay@msn.com
*TERMINATED: 05/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Herbert T. Wright , Jr.**
Pulaski County Circuit Court
Pulaski County Courthouse
401 West Markham Street
Little Rock, AR 72201-1417
501-340-8593
Email: herbwrightjr@gmail.com
*TERMINATED: 09/11/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**James Jacob Lessmeister**
Attorney at Law
196 Newton
Glen Ellyn, IL 60137
331-481-1879
Email: jlessmeister@yahoo.com
*TERMINATED: 11/27/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Forrest Dunn D.C. on
**Feb 18, 2016**
For the United States District Court
Eastern District of Arkansas

**Jenniffer Morris Horan**
Federal Public Defenders Office
The Victory Building
1401 West Capitol Avenue
Suite 490
Little Rock, AR 72201
501-324-6116
Email: Jenniffer.Horan@FD.org
*TERMINATED: 08/20/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Mark Alan Jesse**
Jesse Law Firm, PLC
425 West Broadway
Suite E
North Little Rock, AR 72114
(501) 375-4422
Fax: 501-375-9915
Email: jesselawfirm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE, OR
DISPENSE (Methamphetamine & PWID)
NMT 20 yrs &/or NMT $1,000,000 + 3 yrs
S Rel
(1s-3s)

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE, OR
DISPENSE (Distribution of
methamphetamine & PWID); NMT 20 yrs;
NMT $1,000,000 fine or both plus 3 yrs
S.R.
(2-3)

18:922G.F UNLAWFUL TRANSPORT
OF FIREARMS, ETC. (Possession of a
firearm by a user of controlled substances);
NMT 10 yrs; NMT $250,000 fine or both
(4)

18:922G.F UNLAWFUL TRANSPORT
OF FIREARMS, ETC. (Possession of a
firearm by a user of controlled substances)
NMT 10 yrs &/or NMT $250,000
(4s)

**Disposition**

210 months imprisonment on counts
1s,2s,3s, and 5s and 120 months
imprisonment on Count 4s, all counts to
run concurrently; 3 yrs. supervised release;
$500.00 special assessment

210 months imprisonment on counts
1s,2s,3s, and 5s and 120 months
imprisonment on Count 4s, all counts to
run concurrently; 3 yrs. supervised release;
$500.00 special assessment

21:846=CD.F CONSPIRACY TO
MANUFACTURE CONTROLLED
SUBSTANCE (methamphetamine); NMT
20 yrs; NMT $1,000,000 fine or both plus
3 yrs S.R.
(5)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (Conspiracy to manufacture
methamphetamine) NMT 20 yrs &/or
NMT $1,000,000 + 3 yrs S Rel
(5s)

210 months imprisonment on counts
1s,2s,3s, and 5s and 120 months
imprisonment on Count 4s, all counts to
run concurrently; 3 yrs. supervised release;
$500.00 special assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**United States of America**
*TERMINATED: 11/27/2001*

represented by **Robert J. Govar**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2616
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/1998 | 1 | INDICTMENT by USA Robert J. Govar. Counts filed against Robert Childs Hartje (1) count(s) 2-3, 4, 5, Eric Castleberry (2) count(s) 1, 5, Charlotte Diane Curtis (3) count(s) 1, 5, Sheri Ellen Loudermilk (4) count(s) 5 lej) (Entered: 12/10/1998) |
| 12/09/1998 | 2 | CASE SUMMARY summons issued 12/9/98 for defendants Robert Childs Hartje, Eric Castleberry, Charlotte Diane Curtis, Sheri Ellen Loudermilk ; arraignment set for 10:00 am on 12/17/98 for Robert Childs, Eric Castleberry, |

|  |  | Charlotte Diane Curtis, Sheri Ellen Loudermilk lej) (Entered: 12/10/1998) |
|---|---|---|
| 12/10/1998 |  | lej) (Entered: 12/10/1998) |
| 12/15/1998 | 4 | SUMMONS executed upon Robert Childs Hartje on 12/10/98 lej) (Entered: 12/15/1998) |
| 12/17/1998 | 9 | NOTICE jury trial Monday, 2/8/99 @ 9:00 am as to Robert Childs Hartje, Eric Castleberry, Charlotte Diane Curtis, Sheri Ellen Loudermilk lej) (Entered: 12/17/1998) |
| 12/17/1998 | 10 | MINUTES: before Mag. Judge Henry L. Jones Jr. first appearance of Robert Childs Hartje on arraignment Attorney E. Alvin Schay present; enters not guilty plea; jury trial scheduled for Monday, 2/8/99 @ 9:00 am with pre-trial motions due 10 days prior to trial as to Robert Childs Hartje lej) (Entered: 12/17/1998) |
| 12/17/1998 | 11 | ORDER by Mag. Judge Henry L. Jones Jr. setting conditions of release for Robert Childs Hartje lej) (Entered: 12/17/1998) |
| 12/17/1998 | 18 | CJA Form 20Cp4 (Appointment of Counsel) voucher #0766972 appointing E. Alvin Schay as to Robert Childs Hartje lej) (Entered: 12/18/1998) |
| 12/21/1998 | 21 | MOTION for discovery by Robert Childs Hartje lej) (Entered: 12/21/1998) |
| 01/05/1999 | 27 | MOTION to extend time to file pre-trial motions by Robert Childs Hartje lej) (Entered: 01/05/1999) |
| 01/11/1999 | 28 | RESPONSE by plaintiff USA to motion to extend time to file pre-trial motions [27-1] as to Robert Hartje lej) (Entered: 01/12/1999) |
| 01/11/1999 | 30 | ORDER by Judge William R. Wilson granting motion to extend time to file pre-trial motions until March 1, 1999 as to Robert C. Hartje [27-1] (cc: all counsel and defendants) (former empl) (Entered: 01/12/1999) |
| 02/17/1999 | 38 | MOTION to revoke conditions of release by USA as to Robert Childs Hartje lej) (Entered: 02/18/1999) |
| 02/23/1999 | 39 | ORDER by Judge William R. Wilson referring to Mag. Judge Henry L. Jones Jr. the motion to revoke conditions of release [38-1] as to Robert Hartje (cc: all counsel) lej) Modified on 02/24/1999 (Entered: 02/24/1999) |
| 02/24/1999 | 40 | NOTICE setting hearing on motion to revoke conditions of release [38-1] at 9:30 am on Wednesday, 3/3/99 lej) (Entered: 02/24/1999) |
| 02/25/1999 | 41 | PETITION for Writ of Habeas Corpus Ad Prosequendum for Robert Childs Hartje (former empl) (Entered: 02/25/1999) |
| 02/25/1999 |  | WRIT issued as to Robert Childs Hartje (former empl) (Entered: 02/25/1999) |
| 03/01/1999 | 42 | MOTION to suppress evidence by Robert Childs Hartje (former empl) Modified on 03/01/1999 (Entered: 03/01/1999) |
| 03/03/1999 | 43 | MINUTES: Revocation hearing before Mag. Judge Henry L. Jones Jr. as to Robert Childs Hartje with counsel Alvin Schay; Robert Govar present for Govt., Jamie Holt and Rich McCauley present for Probation and Pretrial Services; ERO Ruthie Wrather; Defendant to be detained. Court adjourned. counsel and dfts.) (rmw) (Entered: 03/03/1999) |
| 03/03/1999 | 44 | ORDER by Mag. Judge Henry L. Jones Jr. granting motion to revoke conditions |

| | | |
|---|---|---|
| | | of release [38-1] dft Robert Childs Hartje bond revoked (cc: all counsel and defendants) (rkc) (Entered: 03/03/1999) |
| 03/04/1999 | 45 | Return on WRIT as to Robert Childs Hartje [45-1] (former empl) (Entered: 03/04/1999) |
| 03/08/1999 | 46 | NOTICE of hearing setting motion to suppress evidence [42-1] at 9:30 a.m. on 4/9/99 as to Robert Childs Hartje (rkc) (Entered: 03/08/1999) |
| 04/06/1999 | | Docket Modification (Utility Event) finding the motion for disclosure of exculpatory evidence [37-1] moot; finding the motion to produce alleged co-conspirator statements [36-1] moot; finding the motion to suppress any such statements [36-2] moot; finding the motion for disclosure of govt informants [35-1] moot; finding the motion to produce govt informants [35-2] moot; finding the motion for disclosure of Rule 404(B) evidence [34-1] moot; finding the motion for Rule 16 discovery [17-1] moot due to deft entereding guilty plea (maj) (Entered: 04/06/1999) |
| 04/07/1999 | 49 | MOTION to continue suppresstion hearing and trial by Robert Childs Hartje lej) (Entered: 04/07/1999) |
| 04/08/1999 | 51 | MINUTES: Telephone conference before Judge William R. Wilson re motion to continue suppression hearing and trial; motion granted; order to follow (C. Newburg) (maj) (Entered: 04/08/1999) |
| 04/09/1999 | | Docket Modification (Utility Event) finding the motion for release of Brady materials [24-1] moot due to dismissal of indictment (maj) (Entered: 04/09/1999) |
| 04/14/1999 | 64 | SUPERSEDING indictment Robert Childs Hartje (1) count(s) 1s-3s, 4s, 5s, Jonathan Scott Schultz (5) count(s) 5, Eddie Eugene Wyatt (6) count(s) 5, 6, 7, Charles Wade Timberlake (7) count(s) 5, 6, 7 (former empl) (Entered: 04/14/1999) |
| 04/14/1999 | 65 | CASE SUMMARY summons: NONE request for defendant Robert Childs Hartje ; arraignment set for 10:00 4/22/99 for Robert Childs Hartje (former empl) (Entered: 04/14/1999) |
| 04/15/1999 | 67 | PETITION for Writ of HABEAS CORPUS AD PROSEQUENDUM for Robert Childs Hartje lej) (Entered: 04/15/1999) |
| 04/15/1999 | | WRIT issued as to Robert Childs Hartje to appear for arraignment on Thursday, 4/22/99 @ 10:00 am before Magistrate Cavaneau lej) (Entered: 04/15/1999) |
| 04/22/1999 | 72 | MINUTES: before Mag. Judge Jerry W. Cavaneau, deft Robert Childs Hartje arraigned; n/g plea entered; Attorney Mark Jesse standing in for Al Schay; jury trial (3 days) 6/14/99 @ 9:00 am; 10 days to file pretrial motions (former empl) (Entered: 04/22/1999) |
| 04/22/1999 | 73 | NOTICE of hearing jury trial 6/14/99 @ 9:00 am as to Robert Childs Hartje (former empl) (Entered: 04/22/1999) |
| 04/23/1999 | 81 | CJA Form 20Cp4 (Appointment of Counsel) appointing Mark Alan Jesse for purposes of P&A only as to Robert Childs Hartje (former empl) (Entered: 04/23/1999) |
| 04/23/1999 | 82 | Return on WRIT executed as to Robert Childs Hartje [82-1] lej) (Entered: 04/23/1999) |
| | | |

| 04/30/1999 | 87 | MOTION for order to transfer deft to federal custody by Robert Childs Hartje lej) (Entered: 04/30/1999) |
|---|---|---|
| 05/04/1999 | 89 | ORDER by Judge William R. Wilson referring to Mag. Judge Henry L. Jones Jr. the motion for order to transfer deft Robert Hartje to federal custody [87-1] (cc: counsel) lej) (Entered: 05/04/1999) |
| 05/11/1999 | 91 | ORDER by Judge William R. Wilson granting motion to continue jury trial [85-1] jury trial rescheduled 9/20/99 @ 9:00 am; XT started; delay excludable pursuant to 18 USC 3161(h)(8)(A) and (8)(h)(7) as to Robert Childs Hartje, Jonathan Scott Schultz, Eddie Eugene Wyatt Jr, Charles Wade Timberlake (cc: all counsel and defendants) (former empl) (Entered: 05/25/1999) |
| 05/17/1999 | | Docket Modification (Utility Event) finding the motion to continue jury trial [25-1] moot pursuant to guilty plea entered 4/9/99 (maj) (Entered: 05/17/1999) |
| 05/17/1999 | | Docket Modification (Utility Event) granting motion to continue jury trial [85-1], granting motion to continue suppresstion hearing and trial [49-1] pursuant to Ordered entered 5/11/99 (doc #91) (maj) (Entered: 05/17/1999) |
| 05/20/1999 | 98 | AMENDED MOTION to suppress evidence by Robert Childs Hartje (former empl) (Entered: 05/20/1999) |
| 06/14/1999 | 110 | NOTICE setting a hearing on the motion to suppress evidence [98-1], [42-1] at 1:00 pm on Friday, 8/6/99 as to Robert Hartje lej) (Entered: 06/14/1999) |
| 06/23/1999 | 🔒 119 | CJA Form 20Cp4 (Appointment of Counsel) appointing attorney Alvin Schay as to Robert Childs Hartje lej) (Entered: 06/24/1999) |
| 06/25/1999 | | CJA Form 20 (Attorney Payment Voucher) no. 0766972 for $1853.25 paid to E. Alvin Schay for representing Robert Childs Hartje from 12-17-98 to 6-11-99 (Interim No. 1). (mar) (Entered: 06/29/1999) |
| 06/25/1999 | | CJA Form 20 (Attorney Payment Voucher) no. 1002677 for $32.50 paid to Mark Jessee for appearing on 4/22/99 in place of Al Schay. (mar) (Entered: 06/29/1999) |
| 07/19/1999 | 🔒 129 | ORDER by Mag. Judge Henry L. Jones Jr. granting motion for order to transfer deft Robert Hartje to federal custody [87-1]; when space is available in the Pulaski County Detention Center, the Marshal shall transfer the deft to that facility (cc: counsel) lej) (Entered: 07/20/1999) |
| 08/05/1999 | 🔒 141 | MOTION for order to authorize employment of investigator by Robert Childs Hartje lej) (Entered: 08/05/1999) |
| 08/06/1999 | 🔒 143 | RESPONSE by plaintiff USA to motion to suppress evidence [42-1] as to Robert Hartje lej) (Entered: 08/06/1999) |
| 08/06/1999 | 144 | MINUTES: Hearing on Motion and Supplemental Motion to Suppress before Judge William R. Wilson; Motions denied; Order to follow (C. Newburg) (maj) (Entered: 08/06/1999) |
| 08/11/1999 | 🔒 145 | ORDER by Judge William R. Wilson denying motion to suppress evidence [98-1], [42-1] as to Robert Hartje (cc: counsel) lej) (Entered: 08/11/1999) |
| 08/11/1999 | 🔒 146 | ORDER by Judge William R. Wilson granting motion for order to authorize employment of investigator [141-1] as to Robert Hartje (cc: counsel) lej) (Entered: 08/11/1999) |

| 08/12/1999 | | | Docket Modification (Utility Event) finding the motion to revoke conditions of release [105-1] moot. (maj) (Entered: 08/12/1999) |
|---|---|---|---|
| 08/13/1999 | 🔒 | 149 | MOTION to suppress evidence seized during a warrantless arrest by Robert Childs Hartje (former empl) Modified on 08/13/1999 (Entered: 08/13/1999) |
| 08/13/1999 | 🔒 | 150 | MEMORANDUM by Robert Childs Hartje in support of motion to suppress evidence seized during a warrantless arrest (former empl) (Entered: 08/13/1999) |
| 08/23/1999 | 🔒 | 155 | ORDER by Judge William R. Wilson amending the order entered 8/11/99 to reflect that the compensation to be paid the investigator or investigative organization for services rendered to the deft shall not exceed $1,000, exclusive of reimbursement of expenses reasonably incurred unless payment in excess of this limit is certified by the Court. (cc: counsel) lej) (Entered: 08/23/1999) |
| 08/24/1999 | | | Docket Modification (Utility Event) granting motion for order for bond [138-1] pursuant to hearing before Judge Cavaneau on 8/13/99 (maj) (Entered: 08/24/1999) |
| 09/15/1999 | | 157 | NOTICE of setting motion to suppress evidence seized during a warrantless arrest [149-1] at 10:00 a.m. on 10/15/99 as to Robert Childs Hartje (rkc) (Entered: 09/16/1999) |
| 09/20/1999 | 🔒 | 160 | ORDER by Judge William R. Wilson granting motion to continue trial [159-1] until Wednesday, 10/27/99 @ 9:00 am; XT excludable started pursuant to Speedy Trial Act as provided by Title 18 USC Section 3161(h)(8)(A) as to Jonathan Schultz and 3161(8)(h)(7) as to the remaining co-defts (cc: counsel and deft) lej) Modified on 10/01/1999 (Entered: 09/20/1999) |
| 10/07/1999 | | | Docket Modification (Utility Event) finding the motion to suppress [122-1] moot due to deft guilty plea (maj) (Entered: 10/07/1999) |
| 10/15/1999 | | 166 | MINUTES: Hearing on Motion to Suppress before Judge William R. Wilson; parties present evidence; Court rules from bench denying motion; order to follow (C. Newburg) (maj) (Entered: 10/15/1999) |
| 10/15/1999 | 🔒 | 167 | ORDER by Judge William R. Wilson denying motion to suppress evidence seized during a warrantless arrest as to Robert Hartje (cc: counsel) lej) (Entered: 10/18/1999) |
| 10/19/1999 | 🔒 | 174 | MOTION to continue trial by Robert Childs Hartje lej) (Entered: 10/19/1999) |
| 10/20/1999 | 🔒 | 176 | ORDER by Judge William R. Wilson denying motion to continue trial [174-1]; case will go forward to trial as scheduled on Wednesday, 10/27/99 @ 9:00 am (cc: counsel and deft) lej) (Entered: 10/21/1999) |
| 10/22/1999 | 🔒 | 177 | ORDER by Judge William R. Wilson directing the USM to serve subpoenas on the following: Dale Perkins, Kim Sollers, Tim Hillman and Robert Hillman, upon delivery of said subpoenas from deft Robert Hartje (cc: counsel) lej) (Entered: 10/26/1999) |
| 10/22/1999 | 🔒 | 178 | ORDER by Judge William R. Wilson for production of prisoner Quinton Spears to testify at the trial for deft Robert Hartje (cc: counsel) lej) (Entered: 10/26/1999) |
| 10/26/1999 | | | WRIT issued for Quinton Spears to appear 10/29/99 @ 9:00 am to testify as to Robert Childs Hartje lej) (Entered: 10/26/1999) |
| 10/26/1999 | | | ORDER by Judge William R. Wilson for production of prisoner Tim Hillman to |

| | 🔒 179 | testify at the trial for Robert Hartje (cc: counsel) lej) (Entered: 10/26/1999) |
|---|---|---|
| 10/26/1999 | | WRIT issued for Tim Hillman to testify 10/29/99 @ 9:00 am as to Robert Childs Hartje lej) (Entered: 10/26/1999) |
| 10/27/1999 | 182 | SEALED MOTION lej) (Entered: 10/27/1999) |
| 10/27/1999 | 🔒 183 | ORDER by Judge William R. Wilson directing the Warden of the Cummins Unit, Arkansas Department of Correction, to ensure the attendance of Quinton Spears at the trial of Robert Hartje on Thursday, 10/28/99 @ 1:00 pm (cc: counsel) lej) Modified on 10/28/1999 (Entered: 10/28/1999) |
| 10/27/1999 | 🔒 184 | ORDER by Judge William R. Wilson directing the Warden, Tucker Unit, Arkansas Department of Correction, to ensure the attendance of Willie Morris at the trial of Robert Hartje on Thursday, 10/28/99 @ 1:00 p.m. (cc: counsel) lej) (Entered: 10/28/1999) |
| 10/27/1999 | 🔒 185 | ORDER by Judge William R. Wilson directing the Warden, Brickeys Unit, Arkansas Department of Correction, to ensure the attendance of Tim Hillman at the trial of Robert Hartje on Thursday, 10/28/99 @ 1:00 pm (cc: counsel) lej) (Entered: 10/28/1999) |
| 10/27/1999 | 187 | MINUTES: finding the motion for discovery [86-1] moot; finding the motion for discovery [21-1] moot voir dire begins as to Robert Childs Hartje before Judge Wilson; 31 jurors selected; court and parties conduct voir dire; 12 jurors and 1 alternate selected and sworn; court gives opening instruction; parties make opening statements; gov't begins evidence (C. Newburg) (maj) (Entered: 10/29/1999) |
| 10/28/1999 | 🔒 186 | ORDER by Judge William R. Wilson directing the Sheriff, Faulkner County Jail to ensure the attendance of Gerald Pate at the trial of Robert Hartje on Thursday, 10/28/99 @ 4:00 pm (cc: counsel) lej) (Entered: 10/29/1999) |
| 10/28/1999 | 188 | MINUTES: Jury trial - 2nd day (C. Newburg) (maj) (Entered: 10/29/1999) |
| 10/29/1999 | 189 | MINUTES: Jury trial - 3rd day; jury returns verdicts finding Robert Childs Hartje guilty on Counts 1s-3s, 4s, 5s (C. Newburg) (maj) (Entered: 10/29/1999) |
| 10/29/1999 | 🔒 190 | VERDICT as to Robert Childs Hartje (maj) (Entered: 10/29/1999) |
| 10/29/1999 | 191 | Jury instructions given to the jury by the court (maj) (Entered: 10/29/1999) |
| 10/29/1999 | 192 | NOTICE of sentencing hearing 1/21/2000 @ 1:15 pm as to Robert Childs Hartje (former empl) (Entered: 11/01/1999) |
| 11/03/1999 | 🔒 193 | Return on WRIT executed as to Robert Childs Hartje [193-1] lej) (Entered: 11/03/1999) |
| 11/03/1999 | 🔒 194 | Return on WRIT executed as to Robert Childs Hartje [194-1] lej) (Entered: 11/03/1999) |
| 12/14/1999 | | CJA Form 20 (Attorney Payment Voucher) no. 991202000094 (orignally 0766972) for $4,515.72 paid to Al Schay for representing Robert Childs Hartje from 6/20/99 to 11/1/99. (mar) (Entered: 12/15/1999) |
| 01/06/2000 | 🔒 203 | MOTION for psychiatric examination prior to sentencing by Robert Childs Hartje lej) (Entered: 01/06/2000) |

| 01/12/2000 | | 205 | OBJECTIONS to presentence report by Robert Childs Hartje (rkc) (Entered: 01/13/2000) |
|---|---|---|---|
| 01/13/2000 | 🔒 | 206 | SUPPLEMENTAL OBJECTIONS (pro se) by Robert Childs Hartje to Presentence Investigation Report [205-1] lej) (Entered: 01/14/2000) |
| 01/18/2000 | 🔒 | 207 | RESPONSE by plaintiff USA to motion for psychiatric examination prior to sentencing [203-1] as to Robert Hartje lej) (Entered: 01/18/2000) |
| 01/20/2000 | 🔒 | 208 | ORDER by Judge William R. Wilson granting motion for psychiatric examination prior to sentencing [203-1] examination ordered for Robert Childs Hartje pursuant to 18:4247(c). Deft. to remain in custody of the USM or his designated representative and be transported to the facility as soon as possible. (cc: all counsel and defendants) (rkc) (Entered: 01/21/2000) |
| 02/25/2000 | | | CJA Form 21 (Expert Services) voucher ho. 000225000009 (sub. for 0535544) for $911.00 paid to Keith Rounsavall for investigative services to Robert Childs Hartje (mar) (Entered: 02/28/2000) |
| 03/10/2000 | 🔒 | 216 | Return on ORDER dated 1/20/00 as to Robert Childs Hartje [216-1] (former empl) Modified on 03/13/2000 (Entered: 03/10/2000) |
| 05/02/2000 | | 217 | Psychiatric Evaluation report received for Robert Childs Hartje (rkc) (Entered: 05/02/2000) |
| 05/08/2000 | | 218 | NOTICE of sentencing hearing Thurs. 5/18/00 at 1:30 p.m. as to Robert Childs Hartje (rkc) (Entered: 05/08/2000) |
| 05/11/2000 | 🔒 | 219 | MOTION commit for study/observation (Psychiatric Examination) by Robert Childs Hartje (former empl) (Entered: 05/11/2000) |
| 05/17/2000 | 🔒 | 220 | ORDER by Judge William R. Wilson denying motion to commit for study/observation (Psychiatric Examination) [219-1] The sentencing previously set for Mr. Hartje on Thurs. 5/18/00 at 1:30 p.m. will go forward as scheduled. (cc: all counsel and defendants) (rkc) (Entered: 05/17/2000) |
| 05/18/2000 | | | Docket Modification (Utility Event) finding the motion MOTION [182-1] moot. (maj) (Entered: 05/18/2000) |
| 05/18/2000 | | 221 | MINUTES: Sentencing held as to Robert Childs Hartje before Judge Wilson; objs to PSR denied; para #34 of PSR striken; modified PSR to be prepared; oral motion to continue sentencing denied; oral motion for court to impose death penalty by deft denied; sentence imposed; deft remanded into custody of U.S. Marshal; J&C to follow (C. Newburg) (maj) (Entered: 05/18/2000) |
| 05/22/2000 | 🔒 | 222 | JUDGMENT and Commitment by Judge William R. Wilson issued to U.S. Marshal sentencing Robert Childs Hartje (1) count(s) 1s-3s, 4s, 5s to 210 months imprisonment to run concurrently; 3 yrs. supervised release; $500.00 special assessment (cc: all counsel) (rkc) (Entered: 05/22/2000) |
| 05/24/2000 | | 223 | PRESENTENCE Report on Robert Childs Hartje (original sealed and placed in a vault). (rkc) (Entered: 05/24/2000) |
| 05/25/2000 | 🔒 | 224 | NOTICE of Appeal to Circuit Court by defendant Robert Childs Hartje [222-3] (2 certified copies to Clerk USCA8) (cc: all counsel and defendant and court reporter) (dac) (Entered: 05/25/2000) |
| 05/25/2000 | 🔒 | 224 | DESIGNATION for Record on Appeal by Robert Childs Hartje entire transcripts |

| | | |
|---|---|---|
| | | of proceedings for 8/6/99; 10/15/99; 10/27-29/99 (dac) Modified on 05/25/2000 (Entered: 05/25/2000) |
| 05/31/2000 | 🔒 226 | MOTION (pro se) for evidentiary hearing by Robert Childs Hartje (rkc) (Entered: 05/31/2000) |
| 06/13/2000 | 🔒 232 | JUDGMENT and Commitment returned executed 6/12/00 Robert Childs Hartje (1) count(s) 5s, 4s, 1s-3s; deft. to FCI, Forrest City, AR (rkc) (Entered: 06/13/2000) |
| 06/19/2000 | 🔒 233 | ORDER (8 USCA); Alvin Schay's motion for leave to withdraw as counsel for Hartje is granted; James Lessmeister is appointed to represent Hartje; court reporter transcripts due 7/17/00 ; clerk's record on appeal due 7/18/00 (dac) (Entered: 06/21/2000) |
| 06/19/2000 | 🔒 234 | MOTION for order for copy fo all hearings and court proceedings by Robert Childs Hartje (dac) (Entered: 06/21/2000) |
| 06/20/2000 | | DOCKETING LETTER: 8 USCA Number 00-2421; motion of Al Schay to withdraw as counsel for defendant is referred to the court (dac) (Entered: 06/20/2000) |
| 06/21/2000 | | (Utility Event) Add attorney James Lessmeister as counsel for Hartje to criminal case (dac) (Entered: 06/21/2000) |
| 07/18/2000 | 237 | TRANSCRIPT ( 1 volume) of proceedings for the following date: 8/6/99 suppression hrg of Robert Hartje ( [224-1] ) (dac) Modified on 07/19/2000 (Entered: 07/19/2000) |
| 07/18/2000 | 238 | TRANSCRIPT ( 1 volume) of proceedings for the following date: 10/15/99 suppression hrg of Robert Hartje ( [224-1] ) (dac) Modified on 07/19/2000 (Entered: 07/19/2000) |
| 07/18/2000 | 239 | TRANSCRIPTS ( 3 volumes) of proceedings for the following dates: 10/27-29/99 jury trial of Robert Hartje ( [224-1] ) (dac) Modified on 07/19/2000 (Entered: 07/19/2000) |
| 07/18/2000 | 240 | TRANSCRIPT ( 1 volume) of proceedings for the following date: 5/18/00 sentencing of Robert Hartje ( [224-1] ) (dac) Modified on 07/19/2000 (Entered: 07/19/2000) |
| 08/08/2000 | | CERTIFICATE of Clerk's Record; transcript of 8/6/99 suppression hearing; transcript of 10/15/99 suppression hearing; 3vols jury trial transcripts; presentence report; psychiartric report transmitted to USCA re appeal of Hartje [224-1] (dac) (Entered: 08/08/2000) |
| 08/09/2000 | 🔒 241 | MOTION for order for copies of documents by Robert Childs Hartje (dac) (Entered: 08/14/2000) |
| 09/29/2000 | | Docket Modification (Utility Event) finding the motion for order for copies of documents [241-1] moot; finding the motion for order for copy fo all hearings and court proceedings [234-1] moot; finding the motion for evidentiary hearing [226-1] moot (maj) (Entered: 09/29/2000) |
| 06/08/2001 | | DOCKET NOTE: 6 volumes transcripts and psychiatric report returned from Clerk USCA8 (dac) (Entered: 06/08/2001) |
| 08/29/2001 | 🔒 243 | Opinion (8USCA) The conviction is affirmed, as are the sentences imposed on |

|  |  |  | Counts I, II, III, and V. The sentence imposed on Count IV is vacated, and the case is remanded to the district court for resentencing within the confines of the statutory maximum on that count (dac) (Entered: 08/29/2001) |
| --- | --- | --- | --- |
| 08/29/2001 | 🔒 | 244 | MANDATE from Circuit Court of Appeals affirmed in part, vacated in part, and remanding the Decision of the District Court for proceedings consistent with the opinion of this court [Appeal (transcripts and exhibits remain in possession of clerk USCA8) (dac) (Entered: 08/29/2001) |
| 08/29/2001 |  |  | Docket Modification (Utility Event) count 4 moved to P5 awaiting sentencing as to Robert Childs Hartje (cdw) (Entered: 08/30/2001) |
| 11/09/2001 | 🔒 | 248 | NOTICE of filing petition for a writ of certiorari with Supreme Court #01-6918 (dac) (Entered: 11/09/2001) |
| 11/21/2001 | 🔒 | 252 | MOTION (pro se) for evidentiary hearing by Robert Childs Hartje (rkc) (Entered: 11/26/2001) |
| 11/21/2001 | 🔒 | 253 | MOTION (pro se) for order for o/r bond by Robert Childs Hartje (rkc) (Entered: 11/26/2001) |
| 11/21/2001 | 🔒 | 254 | MOTION (pro se) for order for re-issue of discovery information and to be given court transcripts of teh 3/3/99 hearing, to deprive the deft. of his o/r bond by Robert Childs Hartje (rkc) Modified on 11/27/2001 (Entered: 11/26/2001) |
| 11/27/2001 | 🔒 | 255 | AMENDED JUDGMENT and Commitment by Judge William R. Wilson issued to U.S. Marshal sentencing Robert Childs Hartje (1) 1s-3s, 4s, 5s to 210 months imprisonment on counts 1s-3s and 5s and 120 months imprisonment on Count 4s, all counts to run concurrently; 3 yrs. supervised release; $500.00 special assessment as to Robert Childs Hartje (cc: counsel) (rkc) Modified on 11/28/2001 (Entered: 11/27/2001) |
| 12/12/2001 |  |  | DOCKETING LETTER: 8 USCA Number 01-3843 ; court reporter's transcripts due 12/24/01 ; clerk's record on appeal due 12/26/01 as to the appeal of Charlotte Curtis (dac) (Entered: 12/12/2001) |
| 01/07/2002 | 🔒 | 257 | MANDATE from Circuit Court of Appeals dismissing the appeal on appellant's motion [256-1] (dac) (Entered: 01/07/2002) |
| 02/05/2002 | 🔒 | 259 | LETTER to court from Supreme Court, the petition of Hartje for writ of certiorari is denied (dac) (Entered: 02/07/2002) |
| 04/02/2002 |  |  | Docket Modification (Utility Event) finding the motion for order for re-issue of discovery information and to be given court transcripts of teh 3/3/99 hearing, to deprive the deft. of his o/r bond [254-1] moot; finding the motion for order for o/r bond [253-1] moot; finding the motion for evidentiary hearing [252-1] moot (maj) (Entered: 04/02/2002) |
| 07/15/2002 | 🔒 | 261 | MOTION (pro se) for appointment of counsel to assit deft. to file 2255 motion or other more appropraite motion by Robert Childs Hartje (rkc) (Entered: 07/16/2002) |
| 07/17/2002 | 🔒 | 262 | ORDER by Judge William R. Wilson granting motion for appointment of counsel to assit deft. to file 2255 motion other more appropraite motion [261-1], Jenniffer Morris Horan appointed (cc: all counsel and defendants) (rkc) (Entered: 07/18/2002) |
|  |  |  |  |

| 08/09/2002 | 🔒 266 | MOTION to withdraw attorney Omar Greene by Robert Childs Hartje (rkc) (Entered: 08/12/2002) |
| 08/15/2002 | 🔒 267 | MOTION (pro se) for order to move petitioner to F.C.I., Texarkana, TX by Robert Childs Hartje (rkc) (Entered: 08/15/2002) |
| 08/19/2002 | 🔒 268 | ORDER by Judge William R. Wilson giving deft's counsel 11 days to file a pleading adopting the pro se motion requesting a court order to move petitioner to FCI Texarkana, TX, or to withdraw the motion. (cc: all counsel and defendants) (rkc) (Entered: 08/19/2002) |
| 08/20/2002 | 🔒 269 | ORDER by Judge James M. Moody granting motion to withdraw attorney Omar Greene [266-1] attorney Omar Greene relieved as counsel for Robert Childs Hartje (cc: all counsel and defendants) (rkc) (Entered: 08/21/2002) |
| 08/20/2002 | 270 | CJA Form 20Cp4 (Appointment of Counsel) appointing Herb Wright, Jr. as to Robert Childs Hartje (rkc) (Entered: 08/21/2002) |
| 08/20/2002 | | Docket Modification (Utility Event) appointing Herbert T. Wright Jr. #0983935 as to Robert Childs Hartje (rkc) (Entered: 08/21/2002) |
| 08/26/2002 | 🔒 271 | MOTION for order to challenge gov't lawful poss. of legislative jurisdiction over the "locus in quo" and to reverse conviction and to dismiss the indictment by Robert Childs Hartje (rkc) (Entered: 08/26/2002) |
| 08/29/2002 | 🔒 272 | MOTION to withdraw attorney by Herbert T. Wright as to Robert Childs Hartje (rkc) (Entered: 08/30/2002) |
| 09/10/2002 | 273 | MAIL Returned addressed to defendant Robert Childs Hartje marked "not deliverable as addressed unable to forward" (rkc) (Entered: 09/10/2002) |
| 09/11/2002 | 🔒 274 | ORDER by Judge William R. Wilson granting motion to withdraw attorney Herbert T. Wright for deft Hartje [272-1]; attorney Herbert T. Wright Jr. withdrawn as counsel for Robert Childs Hartje; substituting attorney Mark Alan Jesse as to Robert Childs Hartje ; directing Clerk of Court to send Mr Jesse a copy of deft's motion (cc: all counsel and defendants) (cdw) (Entered: 09/11/2002) |
| 09/11/2002 | 275 | MAIL Returned addressed to defendant Robert Childs Hartje (item remailed to present BOP facility) (cdw) (Entered: 09/11/2002) |
| 09/11/2002 | 276 | MAIL Returned addressed to defendant Robert Childs Hartje (item remailed to present BOP facility) (cdw) (Entered: 09/11/2002) |
| 09/11/2002 | 🔒 277 | CJA Form 20 (Attorney Payment Voucher #0983935 - Herb Wright) by Robert Childs Hartje (VOIDED - all copies of voucher attached) (cdw) (Entered: 09/11/2002) |
| 10/30/2002 | 🔒 278 | MOTION for order to adopt pro se movant's motion pending further review and U.S.'s response or in the alternative for extension of time to research and file an amended pleading by Robert Childs Hartje (rkc) Modified on 04/09/2003 (Entered: 10/31/2002) |
| 11/13/2002 | 🔒 279 | MOTION (pro se) to continue time to file 2255 motion by Robert Childs Hartje (rkc) (Entered: 11/13/2002) |
| 11/18/2002 | 🔒 280 | ORDER by Judge William R. Wilson finding the motion to continue time to file 2255 motion [279-1] moot. On 9/11/02 an order was entered appointing Mark |

| | | | |
|---|---|---|---|
| | | | Allen Jesse as counsel for petitioner. From the date of that order, all pleadings are to come from counsel of record. The petitioner's motion is moot. (cc: all counsel and defendants) (rkc) (Entered: 11/19/2002) |
| 12/10/2002 | 🔒 | 281 | ORDER by Judge William R. Wilson granting motion for order to adopt pro se movant's motion pending further review and U.S.'s response or in the alternative for extension of time to research and file an amended pleading [278-1]. The Government is ordered to file a response to this Motion within 10 days of this Order. Denying motion for order to move petitioner to F.C.I., Texarkana, TX [267-1] (cc: all counsel and defendants) (rkc) Modified on 04/09/2003 (Entered: 12/10/2002) |
| 03/17/2003 | 🔒 | 284 | RESPONSE by plaintiff USA to motion for order to challenge gov't lawful poss. of legislative jurisdiction over the "locus in quo" and to reverse conviction [271-1], motion to dismiss the indictment [271-2] (rkc) Modified on 04/09/2003 (Entered: 03/18/2003) |
| 04/01/2003 | 🔒 | 285 | ORDER by Judge William R. Wilson denying motion for order to adopt pro se movant's motion pending further review and U.S.'s response or in the alternative for extension of time to research and file an amended pleading [278-1] (cc: all counsel and defendants) (rkc) Modified on 04/09/2003 (Entered: 04/01/2003) |
| 05/23/2003 | | | CJA Form 20 (Attorney Payment Voucher) no. 0305220000180 (sub for 0983898) for $846.00 paid to Mark Jesse for work from 9/12/02 to 4/13/03 on behalf of Robert Childs Hartje (mar) (Entered: 06/06/2003) |
| 06/12/2003 | | | Docket Modification (Utility Event) finding the motion for order to challenge gov't lawful poss. of legislative jurisdiction over the "locus in quo" and to reverse conviction [271-1] moot; finding the motion to dismiss the indictment [271-2] moot pursuant to 4/1/03 Order entered by Court (maj) (Entered: 06/12/2003) |
| 01/12/2004 | | | MINUTES: IA on motion to revoke SR held before Mag. Judge John F. Forster Jr., Joe Volpe present for govt on behalf of Bob Govar; Lisa Peters present w/dft Schultz; dft to be released on OR bond w/3rd party custodian; hrg scheduled before Judge Wilson on Tuesday at 11:00; ERO Cecilia Norwood (mcn) (Entered: 01/13/2004) |
| 08/05/2004 | 🔒 | 294 | NOTICE by Robert Childs Hartje of change of address to FCI Texarkana (lej) (Entered: 08/09/2004) |
| 08/23/2004 | 🔒 | 295 | MOTION to vacate, set aside or correct sentence pursuant to 28 U.S.C. 2255 (4:04cv000872 WRW) by Robert Childs Hartje (rkc) (Entered: 08/27/2004) |
| 08/23/2004 | 🔒 | 296 | MEMORANDUM by Robert Childs Hartje in support of motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. 2255 (4:04cv000872 WRW) [295-1] (rkc) (Entered: 08/30/2004) |
| 03/14/2005 | | 297 | SUPPLEMENT TO MOTION (pro se) to vacate pursuant to 28 USC 2255 by Robert Childs Hartje (rkc) (Entered: 03/14/2005) |
| 04/26/2005 | | 298 | ORDER by Judge William R. Wilson denying motion to vacate pursuant to 28 USC 2255 [297-1], [295-1] and they are dismissed with prejudice. (cc: all counsel) (rkc) (Entered: 04/27/2005) |
| 05/11/2005 | | 299 | MOTION to appeal forma pauperis by Robert Childs Hartje (dac) (Entered: 05/11/2005) |
| | | | |

| 05/11/2005 | <u>300</u> | MOTION for order for a certificate of appealability by Robert Childs Hartje (dac) (Entered: 05/11/2005) |
| 05/24/2005 | <u>301</u> | ORDER by Judge William R. Wilson granting motion to appeal forma pauperis [299-1] denying motion for order for certificate of appealability [300-1] as to Robert Hartje (cc: all counsel and defendant) (dac) (Entered: 05/24/2005) |
| 05/24/2005 | | DOCKET NOTE: 2 certified copies of appeal packet with 2 volumes of original files of Hartje forwarded to USCA8 (dac) (Entered: 05/24/2005) |
| 06/06/2005 | | DOCKETING LETTER: 8 USCA Number 05-2515; notice of appeal has been treated as an application for certificate of appealability (dac) (Entered: 06/06/2005) |
| 11/18/2005 | <u>302</u> | Appeal Record Returned as to Robert Childs Hartje: 2 volumes of original files <u>224</u> Notice of Appeal - Final Judgment (dac ) (Entered: 11/18/2005) |
| 01/23/2006 | <u>303</u> | MANDATE of USCA (certified copy) as to Robert Childs Hartje re <u>224</u> Notice of Appeal is dismissed (dac, ) (Entered: 01/24/2006) |
| 04/17/2006 | <u>304</u> | Independent Bill in Equity for Relief from Judgment by Robert Childs Hartje. (csf, ) (Entered: 04/17/2006) |
| 04/20/2006 | <u>305</u> | ORDER denying <u>304</u> Defendant Robert Hartje's Independent Bill in Equity for Relief from Judgment, Action in Aequitas Et In Personam . Signed by Judge William R. Wilson Jr. on 4/20/06. (csf, ) (Entered: 04/20/2006) |
| 08/27/2014 | <u>306</u> | ORDER Modifying Conditions of Release as to Robert Childs Hartje. Signed by Judge Billy Roy Wilson on 8/27/2014. (kbc) (Entered: 08/28/2014) |