PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

FILED
2016 JUL 22 PM 3: 46

|                              |   |                              |
|------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA     | } |                              |
| v.                           | } | Crim. No.  A-16-CR-025(01)SS |
| Robert Childs Hartje         | } |                              |

On November 26, 2001, the above named was placed on supervised release for a period of three (3) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Hector J. Garcia, Sr. U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this **22nd** day **July** of 2016

_____
Sam Sparks
United States District Judge

